IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AMANDA KNELSON, INDIVIDUALLY § <br> AND AS NEXT FRIEND OF ASHLYNN § <br> OWENS, A MINOR § <br> § <br> V. § <br> § <br> TOYOTA MOTOR CORPORATION, § <br> TOYOTA MOTOR SALES, U.S.A., INC.,§ <br> AND QUALITY SAFETY SYSTEMS § <br> COMPANY § | No.  2:07CV358 |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is

**ORDERED** that Quality Safety Systems Company's Motion to Dismiss for Insufficiency of Service of Process and Alternative, Motion to Quash Service of (Dkt. No. 14) is **DENIED**.

**SIGNED this 13th day of March, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE